# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**GUY ROSENSCHEIN**                                                                                 **PETITIONER**

V.                                    **CASE NO. 5:25-CV-5002**

**TIM GRIFFIN, IN HIS OFFICIAL CAPACITY**
**AS ATTORNEY GENERAL OF ARKANSAS**
**and THE WARDEN OF FCI-TEXARKANA**                                              **RESPONDENTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 20) filed in this case on February 9, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the Amended § 2254 Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS SO ORDERED** on this 27th day of February, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE