**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**GUY ROSENSCHEIN**                                                                      **PETITIONER**

**V.**                                    **CASE NO. 5:25-CV-5002**

**TIM GRIFFIN, IN HIS OFFICIAL CAPACITY**
**AS ATTORNEY GENERAL OF ARKANSAS**
**and THE WARDEN OF FCI-TEXARKANA**                              **RESPONDENTS**

## ORDER

On February 9, 2026, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, filed a Report and Recommendation ("R&R") (Doc. 20) that explained why Petitioner Guy Rosenschein's Amended § 2254 Petition for Writ of Habeas Corpus (Doc. 10) should be dismissed. On March 2, 2026, Mr. Rosenschein filed an Objection (Doc. 22) to the R&R. On March 4, he filed an Addendum to the Objection (Doc. 23). And on March 17, he filed a Supplement to the Objection (Doc. 25). The Court has reviewed the entire case file *de novo* and is prepared to rule.

The Amended Petition raises two arguments: (1) the violation of Mr. Rosenschein's right to a speedy trial, and (2) the expiration of the applicable statute of limitations. The R&R explains why Mr. Rosenschein's knowing and voluntary guilty plea forecloses both arguments, and why—even if they had not been waived by the guilty plea—both arguments fail on the merits. Critically, Mr. Rosenschein's Objection admits that he knowingly and voluntarily pleaded guilty to the crime he was charged with—though he did so, "reluctantly." (Doc. 22, p. 4). He further admits that he was arrested and arraigned on in July 2024, the matter was set for trial in August 2024, and he pleaded guilty shortly

after that. *See* Doc. 23, p. 1. There was no speedy trial violation. He does not address the Magistrate Judge's reasoning as to the statute of limitations argument.

**IT IS THEREFORE ORDERED** that the Objection is **OVERRULED**, and the R&R is **ADOPTED IN ITS ENTIRETY**. The Amended § 2254 Petition for Writ of Habeas Corpus (Doc. 10) is **DENIED**.

**IT IS SO ORDERED** on this 19th day of March, 2026.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE